USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,                     :
                                              :
                                              :          **15 CR 878 (VM)**
            -against-                         :              **ORDER**
                                              :
TYRON SMITH,                                  :
                                              :
                     Defendant.               :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On June 6, 2022, Magistrate Judge Cave ordered defendant Tyron Smith ("Smith") released on a $25,000 personal recognizance bond with several conditions of release. The same day, the Government filed a letter with this Court requesting an emergency appeal of that release order.

The Court hereby orders Smith to respond to the Government's appeal letter within one day, by June 8, 2022. The Court will hold a hearing on this appeal on Thursday, June 9, 2022 at 2:30PM. The release order is hereby STAYED pending resolution of the bail appeal.

**SO ORDERED:**

Dated:    New York, New York
          June 7, 2022

_____
            Victor Marrero
            U.S.D.J.