```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :     15 CR 878 (VM)
        -against-                   :     ORDER
                                    :
TYRON SMITH,                        :
                                    :
                Defendant.          :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

　　The Court held a bail appeal hearing in this matter on June 9, 2022. After reviewing the submissions of both parties and hearing argument, the Court will sustain the findings of Magistrate Judge Cave, finding that the bail conditions set by the Magistrate Court are appropriate.

　　Defendant Tyron Smith will be released on bond with the conditions imposed by the Magistrate Court on June 6, 2022. The Court will add clarification that any violation of Mr. Smith's state court bail, specifically the protective order, will also violate this bail and the conditions of his supervised release. The Court will add an additional condition that Mr. Smith may not have any contact with Ayana Haynes. The Court clarified that any similar incidents will be considered a violation of Mr. Smith's supervised release in this Court.

**SO ORDERED:**

Dated:   New York, New York
         June 9, 2022

                                    _____
                                       Victor Marrero
                                          U.S.D.J.