USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2022

# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30
New York, New York 10019

September 15, 2022

By ECF
Hon. Victor Marrero
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *United States v. Broadnax (Tyron Smith)*, 15 Cr. 878 (VM) (VOSR)

Dear Judge Marrero:

    I represent Tyron Smith in the above-referenced matter.  Mr. Smith is currently subject to home detention with electronic monitoring.  I **write today to obtain the Court's authorization for the temporary removal of the electronic monitoring device so that Mr. Smith can undergo a MRI examination.**

    I have communicated with Probation Officer Alex Barcenes who is supervising Mr. Smith in the Eastern District of New York, where Mr. Smith resides, and Assistant United States Attorney Scott Hartman, with of whom consent to this request.  If the Court grants this application, Officer Barcenes will coordinate with Mr. Smith to remove the device for the appropriate period of time.

    Thank you for your consideration.

                                                                     Respectfully yours,

                                                                     Evan L. Lipton
                                                                 Attorney for Tyron Smith

Cc:    Probation Officer Alex Barcenes (EDNY)
        Probation Officer David Mulcahy (SDNY)
        A.U.S.A. Scott Hartman

        (by ECF and email)



Request **GRANTED.**
Defendant's request to temporarily remove electronic monitoring device to undergo MRI examination is granted.

**SO ORDERED.**

09/19/2022
DATE

VICTOR MARRERO, U.S.D.J.