```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
         -against-                 :     **15 CR 878 (VM)**
                                   :
TYRON SMITH,                       :     **ORDER**
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The VOSR status conference for defendant Tyron Smith, currently scheduled for September 30, 2022, is hereby adjourned to October 28, 2022 at 3:00 p.m.

**SO ORDERED.**

Dated:   New York, New York
         September 30, 2022

_____
Victor Marrero
U.S.D.J.