USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com
Tel / Text (917) 924-9800

New York, New York 10019

October 28, 2022

<u>By ECF</u>
Hon. Victor Marrero
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse 500 Pearl Street
New York, New York 10007

    Re: *United States v. Tyron Smith (VOSR)*, 15 Cr. 878 (VM)

Dear Judge Marrero:

  I write on behalf of Tyron Smith, with the consent of the government (A.U.S.A. Scott Hartman) to respectfully request that the conference scheduled for today at 3:00 p.m. be adjourned until November 18 at 11:00 a.m. This adjournment will allow the parties to continue discussing a potential resolution to this matter without requiring a hearing.

           Respectfully yours,

           Evan L. Lipton
           *Attorney for Tyron Smith*

Cc: A.U.S.A. Scott Hartman
   U.S.P.O. Alex Barcenes
   U.S.P.O. David Mulachy

   (by email)

**Request GRANTED.** The VOSR status conference for defendant Tyron Smith, currently scheduled for October 28, 2022, is hereby adjourned to November 18, 2022 at 11:00 a.m.

SO ORDERED.

10/28/2022
DATE

VICTOR MARRERO, U.S.D.J.