```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
\---------------------------------X
UNITED STATES OF AMERICA,

       -against-                    **15 CR 878 (VM)**

TYRON SMITH,                       **ORDER**

               Defendant.
\---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The VOSR status conference for defendant Tyron Smith, currently scheduled for March 17, 2023, is hereby rescheduled to March 3, 2023 at 12:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            23 February 2023

_____
Victor Marrero
U.S.D.J.